**No. 49761.**—Protests 36677–K, etc., of Chr. Bjelland & Co., Inc., et al. (Boston, etc.).

Opinion by COLE, J. An examination of the official records disclosed nothing to warrant disturbing the decision of the collector which was held presumptively correct. The protests were therefore overruled.

BEFORE THE SECOND DIVISION, OCTOBER 18, 1944

**No. 49762.**—Protest 110877–K of Samuel Danzig (New York).

Opinion by TILSON, J. It was agreed by counsel that certain items consist of hemp hats, not blocked or trimmed, and not bleached, dyed, colored, or stained, similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), which record was admitted in evidence. In accordance therewith the court held the items in question to be dutiable at only 25 percent ad valorem as claimed.

**No. 49763.**—Protest 544940–G of Seaboard Foreign Trading Co. (St. Louis).

Opinion by TILSON, J. The testimony adduced at the trial showed that certain of the items in question consist of hats known as harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), which record was admitted herein. Upon the established facts and following the cited authority the claim at only 25 percent ad valorem under paragraph 1504 (b) (5) was sustained.

LAWRENCE, J., did not participate.

**No. 49764.**—Protest 605608–G, etc., of S. Shulman & Bro. (New York).

Opinion by TILSON, J. The evidence showed that the hats in question are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), which record was admitted herein. The claim at only 25 percent ad valorem under paragraph 1504 (b) (5) was therefore sustained as to this item.

**No. 49765.**—Protests 101168–K, etc., of Balfour, Guthrie & Co., Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.